UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| USDC-SDNY |  |
| DOCUMENT |  |
| ELECTRONICALLY FILED |  |
| DOC#: |  |
| DATE FILED: 02/26/2021 |  |

RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                    Plaintiffs,

      v.

LUXIE, INC.,

                    Defendant.

21-CV-1456 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    February 26, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge