**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

April 15, 2021

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     Jaquez v. Luxie, Inc.: Case No. 1:21-cv-01456-RA

Dear Judge Abrams:

We represent defendant Luxie, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Ramon Jaquez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 15, 2021 to May 31, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

<u>/s/ Timothy J. Straub</u>
Timothy J. Straub

cc:     All counsel of record (by ECF)

All deadlines are hereby adjourned to May 31, 2021. If the action does not settle in the interim, the parties shall file a status report no later than June 1, 2021.

SO ORDERED.

Hon. Ronnie Abrams
04/16/2021